Submitted on record and briefs May 12, sentences vacated; remanded for resentencing; otherwise affirmed June 15, petition for review denied December 6, 2005 (339 Or 609)

STATE OF OREGON,
*Respondent,*

*v.*

WILLIAM CHARLES SANDERS, JR.,
aka Willie Charles Sanders, Jr.,
*Appellant.*

0101-30320; A116039

113 P3d 922

Andrew S. Chilton filed the opening brief for appellant. With him on the brief was Chilton & Ebbett, LLC. William Charles Sanders, Jr., filed the supplemental brief *pro se.*

Julie A. Smith, Assistant Attorney General, filed the brief for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Wollheim* and Schuman, Judges.

PER CURIAM

Sentences vacated; remanded for resentencing; otherwise affirmed. *Blakely v. Washington,* 542 US 296, 124 S Ct 2531, 159 L Ed 2d 403 (2004); *State v. Perez,* 196 Or App 364, 102 P3d 705 (2004), *rev allowed,* 338 Or 488 (2005); ORS 138.222(5).

---

* Wollheim, J. *vice* Richardson, S. J.